IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK ACCOUNT OF **DEANDRE RODGERS FACEBOOK USER ID "RICH DRE," PROFILE LINK WWW.FACEBOOK.COM/DEANDRE.RODGERS.90** THAT IS STORED AT PREMISES CONTROLLED BY META PLATFORMS, INC. | Case No. 22-SW-244<br><br>**Filed Under Seal** |

## MOTION TO SEAL SEARCH WARRANT

**COMES NOW,** the United States, by and through Joseph C. Murphy, Jr., the United States Attorney for the Western District of Tennessee, and **Wendy K. Cornejo**, Assistant United States Attorney, and respectfully moves this Honorable Court to order the Search Warrant and all accompanying documents filed in the above-referenced matter to be sealed until further Order by the court. This matter involves an on-going criminal investigation and premature disclosure of facts contained within the Search Warrant could adversely affect or otherwise jeopardize said investigation.

Respectfully submitted,

Joseph C. Murphy, Jr.
UNITED STATES ATTORNEY

s/ **Wendy K. Cornejo**
**Wendy K. Cornejo**
Assistant United States Attorney
167 North Main, Ste. 800
Memphis, TN 38103
(901)-544-4231